IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE LOPEZ,                          No. 2:04-cv-1316-MCE-KJM-P

      Petitioner,

  v.                                       <u>ORDER</u>

SCOTT KERNAN, Warden, et al.,

      Respondents.
_____/

    Petitioner is a state prisoner proceeding through counsel with an Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On August 23, 2006, Judgment in the instant action was reversed by the United States Court of Appeals for the Ninth Circuit and the matter was remanded for an evidentiary hearing or such other further factual development as may be necessary to determine whether Petitioner is entitled to equitable tolling of the statute of limitations.

///

///

Good cause appearing, the Clerk of the Court will be directed to reopen this action and the case will be referred to the magistrate judge for further orders consistent with the remand order.  Accordingly, IT IS HEREBY ORDERED that:

   1.  The Clerk of the Court is directed to reopen this action; and

   2.  This action is referred to the magistrate judge.

DATED: October 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE