IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE LOPEZ,

        Petitioner,                    No. CIV S-04-1316 MCE JFM P

    vs.

SCOTT KERNAN, Warden,

        Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 7, 2006, counsel were directed to file a letter regarding a proposed schedule.  On January 15, 2007, counsel notified the court that they had reached an agreement and provided a further briefing schedule.  Good cause appearing, the proposed schedule will be adopted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Petitioner shall file an amended petition, raising existing claims only, on or before March 30, 2007; and

        2.  Respondent's opposition shall be filed thirty days thereafter.

DATED: January 24, 2007.


UNITED STATES MAGISTRATE JUDGE

/001; lope1316.amd

1