IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE LOPEZ,

    Petitioner,               No. CIV S-04-1316 MCE JFM P

    vs.

SCOTT KERNAN, Warden, et al.,

    Respondents.           <u>ORDER</u>

                            /

        Petitioner has filed his second request for an extension of time to file and serve an amended petition for writ of habeas corpus. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's April 20, 2007 request for an extension of time is granted; and

        2. Petitioner is granted until May 11, 2007 in which to file an amended petition.

DATED: April 30, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; lope1316.111c