IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEE LOPEZ,** | 2:04-cv-01316-MCE-JFM |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT KERNAN, Warden, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before July 10, 2007. Petitioner's traverse, if any, shall be filed thirty days thereafter.

Dated: June 8, 2007.

UNITED STATES MAGISTRATE JUDGE

/lope1316.eot2

[Proposed] Order