IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE LOPEZ,

    Petitioner,           No. CIV S-04-1316 MCE JFM P

    vs.

SCOTT KERNAN, Warden, et al.,

    Respondents.      <u>ORDER</u>

                               /

        Petitioner, a state prisoner proceeding through counsel and in forma pauperis has filed a second amended petition for writ of habeas corpus.  Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer within forty-five days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases.

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED:  November 21, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; lope1316.100